**EXHIBIT B**

## Termination Report
### Cracker Barrel # 38
### 01/30/2021 12:00 AM

**Employee:**

BYRD, RAQUEL S.

DECATUR, GA 30034

**Payroll ID:**   1867320

**SSN:**

**Leave Type:** Quit     **Term Date:** 1/30/2021

**Eligible for Rehire:** No

**Reasons:**
   Quit with notice (2 weeks)

**Manager:** TANJEE JOHNSON

**Comments:** maternity leave ..employee will return aver giving birth and is rehireable