UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAQUEL BYRD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRACKER BARREL OLD COUNTRY STORE, INC. doing business as Cracker Barrel Old Country Store,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04142-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 6th day of July, 2022.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　_s/Traci Clements Campbell_
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 6, 2022
Kevin P. Weimer
Clerk of Court

By:　_s/Traci Clements Campbell_
　　　　Deputy Clerk